UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ALTANTA DIVISION

| | | |
|---|---|---|
| IN RE:  LAI KIM HA | ) | |
| Aka LAI K HA, | ) | CASE NO. 20-72124-PWB |
| | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| NATIONWIFE JUDGMENT | | |
| RECOVERY, INC. | ) | |
| | | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ADVERSARY PROCEEDING |
| | ) | NO. 21-05027-PWB |
| LAI KIM HA | ) | |
| aka LAI K HA | ) | |
| aka LAIHA, | ) | |
| Defendant. | ) | |

**DEFENDANT'S ANSWER TO COMPLAINT TO DETERMINE
DISCHARGEABILITY OF DEBT**

COMES NOW Defendant, Lai Kim Ha, through her undersigned counsel, and files this Answer answer and affirmative defenses (the "Answer") to Plaintiff's Complaint to Determine Dischargeability of Debt as follows:

**JURISDICTION**

1. ANSWER: The allegations of Paragraph 1 of the Complaint are jurisdictional allegations and legal conclusions to which no response is required. To the extent that a response is required, defendant denies the allegations contained in Paragraph 1 of the Complaint that the Bankruptcy Case is pending in this Court since the case is now closed.

2. ANSWER: The allegations of Paragraph 2 of the Complaint are jurisdictional allegations and legal conclusions to which no response is required. To the extent that a response is required, defendant admits the allegations contained in Paragraph 2 of the Complaint.

3. ANSWER: Denies the allegations contained in the Paragraph 3 of the Complaint.

## OVERVIEW

4. ANSWER: Denies the allegations contained in the Paragraph 4 of the Complaint.

5. ANSWER: Denies the allegations contained in the Paragraph 5 of the Complaint.

6. ANSWER: Denies the allegations contained in the Paragraph 6 of the Complaint.

## PROCEDURE BACKGROUND OF JUDGMENT

7. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 7 of Plaintiff's Complaint.

8. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 8 of Plaintiff's Complaint.

9. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 9 of Plaintiff's Complaint.

10. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 10 of Plaintiff's Complaint.

11. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 11 of Plaintiff's Complaint.

12. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 12 of Plaintiff's Complaint.

13. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 13 of Plaintiff's Complaint.

14. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 14 of Plaintiff's Complaint.

15. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 15 of Plaintiff's Complaint.

16. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 16 of Plaintiff's Complaint.

17. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 17 of Plaintiff's Complaint.

18. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 18 of Plaintiff's Complaint.

## COUNT 1: RELIEF UNDER 11 U.S.C. §523(a)(19)

19. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 19 of Plaintiff's Complaint.

20. ANSWER: The allegations contained in Paragraph 20 of the Complaint state a legal conclusion to which no response is required. To the extent that a response is required, defendant denies the allegations contained in Paragraph 20 of the Complaint.

21. ANSWER: The allegations contained in Paragraph 21 of the Complaint state a legal conclusion to which no response is required. To the extent that a response is required, defendant denies the allegations contained in Paragraph 21 of the Complaint.

22. ANSWER: The allegations contained in Paragraph 22 of the Complaint state a legal conclusion to which no response is required. To the extent that a response is required, defendant denies the allegations contained in Paragraph 22 of the Complaint.

23. ANSWER: The allegations contained in Paragraph 23 of the Complaint state a legal conclusion to which no response is required. To the extent that a response is required, defendant denies the allegations contained in Paragraph 23 of the Complaint.

24. ANSWER: Defendant denies the allegations contained in Paragraph 24 of the Complaint.

25. ANSWER: Defendant denies the allegations contained in Paragraph 21 of the Complaint.

26. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 26 of Plaintiff's Complaint.

27. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 27 of Plaintiff's Complaint.

28. ANSWER: Defendant denies the allegations contained in Paragraph 28 of the Complaint.

29. ANSWER: Defendant denies the allegations contained in Paragraph 29 of the Complaint.

30. ANSWER: Defendant denies the allegations contained in Paragraph 30 of the Complaint.

31. ANSWER: Defendant denies the allegations contained in Paragraph 31 of the Complaint.

## COUNT 1: RELIEF UNDER 11 U.S.C. §523(a)(2)(A)

32. ANSWER: Defendant denies the allegations contained in Paragraph 32 of the Complaint.

33. ANSWER: The allegations contained in Paragraph 33 of the Complaint state a legal conclusion to which no response is required. To the extent that a response is required, defendant denies the allegations contained in Paragraph 33 of the Complaint.

34. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 34 of Plaintiff's Complaint.

35. ANSWER: The allegations contained in Paragraph 35 of the Complaint state a legal conclusion to which no response is required. To the extent that a response is required, defendant denies the allegations contained in Paragraph 35 of the Complaint.

36. ANSWER: The allegations contained in Paragraph 36 of the Complaint state a legal conclusion to which no response is required. To the extent that a response is required, defendant denies the allegations contained in Paragraph 36 of the Complaint.

37. ANSWER: Defendant denies the allegations contained in Paragraph 37 of the Complaint.

38. ANSWER: Defendant denies the allegations contained in Paragraph 38 of the Complaint.

39. ANSWER: Defendant denies the allegations contained in Paragraph 39 of the Complaint.

40. ANSWER: Defendant is without knowledge or information sufficient to admit or deny the allegations in paragraph 40 of Plaintiff's Complaint.

41. ANSWER: Defendant denies the allegations contained in Paragraph 41 of the Complaint.

42. ANSWER: Defendant denies the allegations contained in Paragraph 42 of the Complaint.

43. ANSWER: Defendant denies the allegations contained in Paragraph 43 of the Complaint.

44. ANSWER: Defendant denies the allegations contained in Paragraph 44 of the Complaint.

45. ANSWER: Defendant denies the allegations contained in Paragraph 45 of the Complaint.

## AFFIRMATIVE AND OTHER DEFENSES.

1. Defendant does not admit the authenticity or validity of any Exhibit attached to the Complaint and reserves all rights to challenge any Exhibit attached to the Complaint on any ground.

2. The Complaint fails to state a claim upon which relief may be granted.

3. The claims set forth in the Complaint are barred by the doctrine of recoupment.

4. The claims set forth in the Complaint are barred by the doctrine of estoppel.

5. The claims set forth in the Complaint are barred by laches.

6. Defendant reserves all rights to assert any and all additional affirmative defenses that may become known through discovery.

WHEREFORE, Defendant denies that Plaintiff are entitled to any relief as a result of the allegations contained in the Complaint, and respectfully requests

(i) that the complaint be dismissed;

(ii) that judgment be entered in its favor;

(iii) that it be awarded its costs in this action, including attorneys' fees, and

(iv) that the Court grant such other and further relief as is just and proper.

Respectfully submitted this 6th day of April, 2021.

By: _____
Hoang Nguyen
Law Office of Hoang Nguyen
GA Bar # 542548
Attorney for Defendant

Law Office of Hoang Nguyen
3802 Satellite Blvd. Suite 202
Duluth, GA 30096
Tel. (770) 454-4088
Fax. (770) 454-4089
Email: thehoang@yahoo.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In Re: Lai Kim Ha<br>    Aka Lai K Ha,<br>               Debtor. | Chapter 7<br>Case No.: 20-72124-PWB |
| NATIONWIDE JUDGMENT<br>RECOVERY, INC.<br>              Plaintiff,<br>vs.<br>LAI KIM HA<br>aka LAI K HA<br>aka LAIHA,<br>              Defendant. | Adversary Case No.: 21-05027-PWB |

## VERIFICATION OF DEBTOR

I, the undersigned Debtor on the above-referenced document is being filed, declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (ANSWER AND AFFIRMATIVE DEFENSES OF LAI KIM HA TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT); (2) the information provided in the Filed Document is true, correct and complete; and (3) I have authorized my attorney to file the electronic version of the Filed Document and this Verification with the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division.

Debtor

_____
Lai Kim Ha