# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: LAI KIM HA<br>aka LAI K HA,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>) | Chapter 7<br><br>Bankr. No. 20-72124-PWB |
| NATIONWIDE JUDGMENT<br>RECOVERY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>LAI KIM HA<br>aka LAI K HA<br>aka LAIHA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary No. 21-05027 |

## REPORT OF PARTIES' RULE 26(f) CONFERENCE

Pursuant to Fed.R.Bank.P. 7026 and Fed.R.Civ.P. 26(f), a conference was held on April 27, 2021 telephonically and was participated in by:

Howell A. Hall, Esquire for Plaintiff
Dawn S. Osman, Esquire Co-counsel for Plaintiff
Hoang T. Nguyen, Esquire for Defendant

This is submitted as the required report of that conference.

(1) Initial Disclosures required by Fed.R.Civ.P. 26(a)(1).

    [X] The parties will provide such by June 11, 2021; or

    [ ] The parties agree to provide the following at the times indicated:

(2) Discovery Plan. The parties jointly propose to the Court the following discovery plan in conformance with Fed. R. Civ. P. 26(f)(3):

    (a) Discovery will be needed on the following subjects: Discovery will include but is not limited to information regarding the Defendant's participation in the ZeekRewards Ponzi scheme.

  (b) All discovery commenced in time to be completed by November 1, 2021.

  (c) Maximum of 25 interrogatories by each party to any other party. [Responses due 30 days after service.]

  (d) Maximum of 75 requests for admission by each party to any other party. [Responses due 30 days after service.]

  (e) Maximum of 3 depositions by each party.

  (f) Each deposition limited to maximum of 4 hours unless extended by agreement of parties.

  (g) Reports from retained experts under Rule 26(a)(2) due:
from Plaintiff by December 15, 2021.
from Defendant by December 15, 2021.

  (h) Supplementation under Rule 26(e) due November 30, 2021.

  (i) Discovery of electronically stored information:

    This adversary proceeding does _____ does not __X__ involve the discovery of electronically stored information.

(3) Other Agreed Upon Items.

  (a) Plaintiff is granted leave through, and the deadline is July 1, 2021 to join additional parties and until September 1, 2021 to amend the pleadings.

  (b) Defendant is granted leave through, and the deadline is July 1, 2021 to join additional parties and until September 1, 2021 to amend the pleadings.

  (c) All potentially dispositive motions should be filed by November 1, 2021.

  (d) The proceeding will be ready for trial by January 17, 2022. The trial is expected to take approximately 1 trial day.

  (e) <u>Jury Trial Matters</u>

    (i) [ X ] a jury trial was not timely demanded and is waived; or

      [   ] a jury trial was timely demanded, but is not waived.

      [   ] a jury trial was timely demanded but not waived.

    (ii) [   ] the parties consent to the Bankruptcy Court conducting the jury trial; or

        [ X ]   the parties do not at this time consent to the Bankruptcy Court conducting the jury trial.

(f)    The parties agree that:

        [ X ]   This is a core proceeding, or

        [  ]   this is a non-core proceeding otherwise related to the bankruptcy case.

(g)    [ X ]   The parties consent to the Bankruptcy Court entering a final order or judgment in this proceeding; or

        [  ]   The parties do not consent to the Bankruptcy Court entering a final order or judgment in this proceeding.

(4)    <u>Other matters.</u>  Parties will discuss settlement.

(5)    <u>Matters not agreed upon or insufficiently addressed by the foregoing.</u>

By:    */s   Howell A. Hall*
Howell A. Hall  GA Bar #318750
LOGS LEGAL GROUP LLP
211 Perimeter Center Parkway, NE
Suite 300
Atlanta, GA  30341
Telephone: (770) 452-2819
Email: hohall@logs.com
Attorney for Plaintiff Nationwide Judgment Recovery, Inc.

By:    */s/  Hoang T. Nguyen*
Hoang T. Nguyen GA Bar #542548
Law Office of Hoang Nguyen
3802 Satellite Blvd. Suite 202
Duluth, GA 30096
Tel. (770) 454-4088
Fax. (770) 454-4089
Email: thehoang@yahoo.com
Attorney for Defendant