UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re:  LAI KIM HA<br>        aka LAI K HA,<br><br>                Debtor.<br>_____ | )<br>)<br>)<br>)<br>)<br>) | Chapter 7<br><br>Bankr. No. 20-72124-PWB<br>_____ |
| NATIONWIDE JUDGMENT<br>RECOVERY, INC.<br><br>                Plaintiff,<br><br>        vs.<br><br>LAI KIM HA<br>aka LAI K HA<br>aka LAIHA,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Adversary No. 21-05027 |

**JOINT MOTION REQUESTING EXTENSION OF DISCOVERY PERIOD**

COME NOW, Plaintiff Nationwide Judgment Recovery, Inc., and Defendant, Lai Kim Ha, by and through their respective counsel, and file this *Joint Motion Requesting Extension of Discovery Period and Associated Deadlines*, and respectfully show the Court:

1.  Plaintiff filed the Complaint against Defendant on March 8, 2021.

2.  The Parties submitted a Joint Rule 26(f) Report on April 27, 2021 (Docket No. 7) setting forth proposed deadlines for discovery and dispositive motions. The Report required discovery to be completed by November 1, 2021, with the dispositive motion deadline on the same date.

3.  During the discovery period, additional information was discovered that will necessitate Plaintiff serving a second set of discovery requests. The response deadline for the

second set of discovery requests will be beyond the November 1, 2021 discovery deadline previously agreed to by the parties.

3.　　The Parties respectfully request a ninety (90) day extension to complete discovery, and possibly file dispositive motions. This is the first request for such an extension.

4.　　As shown below by the signature of its counsel who has appeared in this proceeding, Defendant consents to this Motion.

WHEREFORE, Plaintiff and Defendant pray that the Court, pursuant to Federal Rule of Bankruptcy Procedure 7016(b)(4), modify its previous deadlines and grant the parties until February 1, 2022 to complete discovery and file dispositive motions.  A Consent Order has been uploaded with this filing.

October 29, 2021

/s   Howell A. Hall
Howell A. Hall  GA Bar #318750
LOGS LEGAL GROUP LLP
211 Perimeter Center Parkway, NE
Suite 300
Atlanta, GA  30341
Telephone: (770) 220-2535
Email: hohall@logs.com
Attorneys for Plaintiff, Nationwide Judgment Recovery, Inc.


/s/  Hoang T. Nguyen
Hoang T. Nguyen GA Bar #542548
Law Office of Hoang Nguyen
3802 Satellite Blvd. Suite 202
Duluth, GA 30096
Telephone: (770) 454-4088
Facsimile: (770) 454-4089
Email. thehoang@yahoo.com
Attorney for Defendant

2

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he has filed the foregoing through the Court's CM/ECF system on October 29, 2021, which will cause a copy to be served on all parties who have consented to such service, including counsel for the Defendant.

                                   */s   Howell A. Hall*
                                   Howell A. Hall  GA Bar #318750
                                   LOGS LEGAL GROUP LLP