

**IT IS ORDERED as set forth below:**

Date: November 1, 2021

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: LAI KIM HA<br>aka LAI K HA, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | Bankr. No. 20-72124-PWB |
| NATIONWIDE JUDGMENT RECOVERY, INC. | ) | |
| Plaintiff, | ) | Adversary No. 21-05027 |
| vs. | ) | |
| LAI KIM HA<br>aka LAI K HA<br>aka LAIHA, | ) | |
| Defendant. | ) | |

## CONSENT ORDER EXTENDING DISCOVERY PERIOD

The Report of Parties' 26f Conference (Docket. No. 7) is hereby modified pursuant to Federal Rule of Bankruptcy Procedure 7016(b)(4) to extend the discovery period and other related deadlines for an additional ninety (90) days through and including February 1, 2022.

**END OF DOCUMENT**

Prepared by:


*/s Howell A. Hall*
Howell A. Hall  GA Bar #318750
LOGS LEGAL GROUP LLP
211 Perimeter Center Parkway, NE
Suite 300
Atlanta, GA  30341
Telephone: (770) 220-2535
Email: hohall@logs.com
Attorneys for Plaintiff, Nationwide Judgment Recovery, Inc.



Consented to by:

*/s/  Hoang T. Nguyen*
Hoang T. Nguyen GA Bar #542548
Law Office of Hoang Nguyen
3802 Satellite Blvd. Suite 202
Duluth, GA 30096
Telephone: (770) 454-4088
Facsimile: (770) 454-4089
Email. thehoang@yahoo.com
Attorney for Defendant

2