IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:   LAI KIM HA<br>         aka LAI K HA,<br><br>              Debtor. | )<br>)<br>)  Chapter 7<br>)<br>)<br>)  Bankr. No. 20-72124-PWB<br>) |
| NATIONWIDE JUDGMENT<br>RECOVERY, INC.<br><br>        Plaintiff,<br><br>        vs.<br><br>LAI KIM HA<br>aka LAI K HA<br>aka LAIHA,<br><br>        Defendant. | )<br>)<br>)<br>)  Adversary No. 21-05027<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE THAT** the attorneys listed below hereby appear as counsel for Nationwide Judgment Recovery, in the above-captioned case of the debtor (the "Debtor"). Pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 9010-3 of the Bankruptcy Local Rules, and Bankruptcy Code sections 342, Nationwide requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents, filed or entered in these cases, be transmitted to:

Nathaniel T. DeLoatch (Ga. Bar. No. 216330)

122819836v1

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree St., NE, Suite 3000
Atlanta, GA 30308
Telephone:  (404) 885-3000
Fax: (404) 885-3900
E-mail:  nathan.deloatch@troutman.com

**PLEASE TAKE FURTHER NOTICE THAT** this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1) affects or seeks to affect in any way the rights or interests of Nationwide or any other party in interest in these cases, including (a) the Debtor, (b) property of the Debtor or the Debtor's estates, or proceeds thereof, (c) claims against or interests in the Debtor, (d) other rights or interests of creditors of the Debtor or other parties in interest in this case or (e) property or proceeds thereof in the possession, custody, or control of Nationwide or others that the Debtor may seek to use or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by Nationwide or any other party in interest.

**PLEASE TAKE FURTHER NOTICE THAT** neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Nationwide (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 10, 2022

Respectfully submitted,
TROUTMAN PEPPER HAMILTON
SANDERS LLP

*/s/ Nathaniel T. DeLoatch*_____

122819836v1

        Nathaniel T. DeLoatch
        600 Peachtree St., NE, Suite 3000
        Atlanta, GA 30308
        Telephone:  (404) 885-3000
        Fax: (404) 885-3900
        E-mail:  nathan.deloatch@troutman.com

*Counsel to Nationwide Judgment Recovery, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2022 a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will provide notification of such filing to all registered counsel of record, including:

- **Howell A. Hall**    hohall@logs.com, logsecf@logs.com
- **Hoang T. Nguyen**    thehoang@yahoo.com

I hereby certify that on January 10, 2022, I also served a copy of the foregoing on the following via First Class mail, postage prepaid:

| | |
|---|---|
| **Lai Kim Ha**<br>2034 Riverlanding Circle<br>Lawrenceville, GA 30046 | **Hoang T. Nguyen**<br>Law Office of Hoang Nguyen<br>Suite 202<br>3802 Satellite Blvd.<br>Duluth, GA 30096 |
| **Office of the United States Trustee**<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | **S. Gregory Hays**<br>Hays Financial Consulting, LLC<br>Suite 555<br>2964 Peachtree Road<br>Atlanta, GA 30305 |

　　　　　　　　　　　　　　　　　　　　 /s/ Nathaniel T. DeLoatch

122819836v1