

**IT IS ORDERED as set forth below:**

Date: January 28, 2022

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re:   LAI KIM HA | ) | |
|          aka LAI K HA, | ) | Chapter 7 |
| | ) | |
|          Debtor. | ) | Bankr. No. 20-72124-PWB |
| | ) | |
| NATIONWIDE JUDGMENT RECOVERY, INC. | ) ) | |
| | ) | |
|          Plaintiff, | ) | Adversary No. 21-05027 |
| | ) | |
|          vs. | ) | |
| | ) | |
| LAI KIM HA | ) | |
| aka LAI K HA | ) | |
| aka LAIHA, | ) | |
| | ) | |
|          Defendant. | ) | |

## SECOND CONSENT ORDER EXTENDING DISCOVERY PERIOD

The Report of Parties' 26 Conference (D.I. 7) and Consent Order Extending Discovery

Period (D.I. 20) is hereby modified pursuant to Federal Rule of Civil Procedure 16(b)(4), made

123201113v1

applicable in bankruptcy pursuant to Federal Rule of Bankruptcy Procedure 7016, to extend the discovery period and other related deadlines for an additional ninety (90) days through and including May 2, 2022.

**END OF DOCUMENT**

Prepared by:

/s/ *Nathaniel T. DeLoatch*
Nathaniel T. DeLoatch (Bar. No. 216330)
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St., NE, Suite 3000
Atlanta, GA 30308
Phone: (404) 885-3000
Fax: (404) 885-3900
nathan.deloatch@troutman.com
*Attorney for Plaintiff Nationwide Judgement Recovery, Inc.*

Consented to by:

*/s/ _Hoang T. Nguyen_____*
Hoang T. Nguyen GA Bar #542548
Law Office of Hoang Nguyen
3802 Satellite Blvd. Suite 202
Duluth, GA 30096
Telephone: (770) 454-4088
Facsimile: (770) 454-4089
Email: thehoang@yahoo.com
*Attorney for Defendant*

123201113v1

## DISTRIBUTION LIST

Hoang T. Nguyen
Law Office of Hoang Nguyen
Suite 202
3802 Satellite Blvd.
Duluth, GA 30096

Lai Kim Ha
2034 Riverlanding Circle
Lawrenceville, GA 30046

Nathaniel T. DeLoatch
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St., NE, Suite 3000
Atlanta, GA 30308

123201113v1