IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **In re:**   **LAI KIM HA**      **aka LAI K HA,**       Debtor. | ) ) ) ) ) ) | Chapter 7   Bankr. No. 20-72124-PWB |
| **NATIONWIDE JUDGMENT RECOVERY, INC.**       **Plaintiff,**       vs.   **LAI KIM HA**  **aka LAI K HA**  **aka LAIHA,**       **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Adversary No. 21-05027 |

**STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

COMES NOW Nationwide Judgment Recovery, Inc. ("**Plaintiff**"), by and through undersigned counsel, and pursuant to Local Bankruptcy Rule 7056-1(a) submits its Statement of Material Facts Not in Dispute ("**Statement of Facts**") in support of its Motion for Summary Judgment.[1]

Plaintiff filed its *Complaint to Determine Dischargeability of Debt* on March 8, 2021, seeking a determination as to the dischargeability of certain debt pursuant to (1) 11 U.S.C. § 523(a)(19) and (2) 11 U.S.C. § 523(a)(2)(A) (D.I. 1) ("**Complaint**"). On April 6, 2021, Lai Kim Ha ("**Defendant**") filed *Defendant's Answer to Complaint to Determine Dischargeability of Debt* (D.I. 5) ("**Answer**").

---

[1] Filed contemporaneously herewith are the following: (1) *Plaintiff's Motion for Summary Judgment as to Dischargeability of Certain Debt*; and (2) *Brief in Support of Plaintiff's Motion for Summary Judgment*.

125832673v2

Plaintiff contends that there is no genuine issue to be tried with regard to each of the following facts:

1. On August 17, 2012, the Securities and Exchange Commission (the "**SEC**") filed an action titled *Securities and Exchange Commission v. Rex Venture Group, LLC d/b/a ZeekRewards.com and Paul Burks*, United States District Court for Western District of North Carolina (the "**District Court**"), Civil Action No. 3:12-cv-519 ("**SEC Action**"), to shut down a Ponzi and pyramid scheme operated by Rex Venture Group, LLC d/b/a www.ZeekRewards.com ("**ZeekRewards**").  SEC Action, D.I. 1 (the "**SEC Complaint**").

2. The SEC Action was brought against ZeekRewards due to ZeekRewards' violation of federal securities law. *See* SEC Complaint at ¶ 1 (stating that it was filed to "halt the fraudulent unregistered offer and sale of securities in unregistered investment contracts constituting securities in a combined Ponzi and Pyramid scheme perpetrated by Defendant Rex Venture Group, LLC").

3. The ZeekRewards scheme amounted to the fraudulent offer and sale of securities. *See Securities and Exchange Commission v. Gilmond*, Civil Action No. 3:15CV91, 2017 WL 1147770, at *1 (W.D.N.C. March 27, 2017) (noting that action concerned defendant's "role in the fraudulent unregistered offer and sale of RVG's ZeekRewards securities.")

4. The Fourth Circuit affirmed the determination in the Net Winner Class Action that ZeekRewards was involved in the sale of fraudulent securities. *See Bell v. Brockett*, 922 F.3d 502, 505 (4th Cir. 2019) (finding that ZeekRewards sold an "opportunity to share in RVG's revenues").

5. On August 17, 2012, the District Court appointed Kenneth D. Bell as Receiver of the estate of ZeekRewards and authorized him to initiate legal proceedings seeking the avoidance of fraudulent transfers, disgorgement of profits, and any other legal and equitable relief that the

Receiver deemed necessary to recovery ZeekRewards' assets for the benefit of the Receivership estate.  SEC Action, D.I. 4.

6. The Receiver initiated *Bell v. Disner*, Case No. 3:14-cv-00091-GCM (W.D.N.C. 2014) (the "**Net Winner Class Action**") to recapture the money paid to the scheme's winners so that it can be returned to the victims.  The complaint asserts claims for violation of the North Carolina Uniform Fraudulent Transfer Act, Common Law Fraudulent Transfer and Construction Trust as a result of the Ponzi scheme that operated in violation of federal securities law.  Net Winner Class Action, D.I. 1, at ¶ 11.

7. Defendant was a member of the Net Winner Class certified in the Net Winner Class Action.

8. On June 30, 2016, the Receiver moved for partial summary judgment on all issues of liability against members of the Net Winner Class, including Defendant.  Net Winner Class Action, D.I. 133.

9. On November 29, 2016, the District Court granted the Receiver's motion for partial summary judgment.  Net Winner Class Action, D.I. 142 (the "**Summary Judgment Order)**.

10. In the Summary Judgment Order, the District Court found that ZeekRewards operated as a Ponzi scheme in violation of federal securities law and that its transfers in furtherance of the Ponzi scheme were fraudulent as violations of N.C. Gen. Stat. § 39-23.4(a)(1).  *Id.* at 2, 22.

11. The District Court also found that the intent to defraud could be presumed against the Net Winners because the transfers were in furtherance of the ZeekRewards Ponzi scheme.  *Id.* at 21.

12. On June 27, 2017, the Receiver filed a Motion to Enter Final Judgments Against the Net Winner Class Members, including Defendant, which was granted by the Court on August 14, 2017. Net Winner Class Action, D.I. 166, 178, 179.

13. As a result, Final Judgment was entered against the Defendant in the amount of $78,382.12. Net Winner Class Action, D.I. 179-2, p. 3437 of 6861 (the "**Judgment**").

14. On December 17, 2019, Plaintiff was assigned the full portfolio of judgments obtained against the Net Winner Class, including the Defendant.

15. The current balance of the Judgment is $81,574.02, which includes interest from the judgment date to the date the Defendant filed his bankruptcy petition. Complaint ¶ 6.

Respectfully submitted this 2nd day of May, 2022.

**Signatures on Next Page**

125832673v2

- 5 -

By: /s/ *Nathaniel T. DeLoatch*

Nathaniel T DeLoatch, Bar No. 216330
TROUTMAN PEPPER HAMILTON SANDERS LLP
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:   404.885.3000
Facsimile:   404.885.3900

- 5 -

125832673v2