**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:**   **LAI KIM HA**          **aka LAI K HA,**          **Debtor.** | ) ) ) ) ) ) | **Chapter 7**   **Bankr. No. 20-72124-PWB** |
| **NATIONWIDE JUDGMENT RECOVERY, INC.**          **Plaintiff,**          **vs.**   **LAI KIM HA**  **aka LAI K HA**  **aka LAIHA,**          **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Adversary No. 21-05027** |

**Certificate of Service**

This is to certify that I have on this day electronically filed the foregoing (1) PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO DISCHARGEABILITY OF CERTAIN DEBT, (2) STATEMENT OF MATERIAL FACTS NOT IN DISPUTE, and (3) BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Nathan T. DeLoatch    nathan.deloatch@troutman.com
Hoang T. Nguyen    thehoang@yahoo.com

I further certify that on this day I served the aforementioned pleadings via First-Class mail, postage prepaid on the below listed individuals:

Lai Kim Ha
2034 Riverlanding Circle
Lawrenceville, GA 30046

Hoang T. Nguyen
Law Office of Hoang Nguyen
Suite 202

126008942v1

                                                         3802 Satellite Blvd
                                                         Duluth, GA 30096

Dated: May 2, 2022                                                               /s/ Nathaniel T. DeLoatch
                                                                                      Nathaniel T. DeLoatch
                                                                                      Georgia Bar No. 216330
                                                                                      nathan.deloatch@troutman.com

126008942v1