# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **In re:**    **LAI KIM HA**      aka LAI K HA, | ) ) ) | **Chapter 7** |
| **Debtor.** | ) ) | **Bankr. No. 20-72124-PWB** |
| **NATIONWIDE JUDGMENT RECOVERY, INC.**      **Plaintiff,**      vs. **LAI KIM HA** aka LAI K HA aka LAIHA,      **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Adversary No. 21-05027** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2022, a true and exact copy of the forgoing pleading was served by electronic mail via the CM/ECF System for the United States Bankruptcy Court for the Northern District of Georgia on all necessary parties and to the following:

Nathaniel T. DeLoatch, Esq.
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St., NE, Suite 3000
Atlanta, GA 30308
Phone: (404) 885-3000
Fax: (404) 885-3900

/s/ *Hoang Nguyen*
Hoang Nguyen, GA Bar 542548
Law Office of Hoang Nguyen